**Opinion issued September 27, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-16-00669-CV

———————————

## IN RE ENTERPRISE PRODUCTS OPERATING LLC, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Enterprise Products Operating LLC, has filed an unopposed motion to dismiss this original proceeding because the challenged order has been vacated by the trial court.[1] We grant the motion and dismiss this original proceeding. *Cf.* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

---

[1]    The underlying case is *In re Issuance of Subpoenas to Enterprise Products Operating LLC*, cause number 2016-51446, pending in the 269th District Court of Harris County, Texas, the Honorable Dan Hinde presiding.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Lloyd.